# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

THOMAS BAUMANN

VERSUS

VOLKERT, INC., MEYER
ENGINEERS, LTD., DUB JOHNSON
PAVING CONTRACTOR, INC.,
TERRY HONORE CONSTRUCTION
COMPANY, INC., THE CITY OF
BATON ROUGE, EAST BATON
ROUGE PARISH AND BATON ROUGE
METROPOLITAN COMMISSION

NO.   2023 CW 0237

**MAY 25, 2023**

---

In Re:   Airport   Management   Group,   LLC,   applying   for
supervisory   writs,   19th   Judicial   District   Court,
Parish of East Baton Rouge, No. 716577.

---

**BEFORE:   GUIDRY, C.J., WOLFE AND MILLER, JJ.**

   **WRIT DENIED.**

                         **JMG**
                         **EW**
                         **SMM**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
    FOR THE COURT